UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARCC HEALTH CARE, INC., Et AL | : | CASE NO:3:01-cv00379(JBA) |
| vs. | : | |
| IRS, ET AL | : | March 2, 2007 |

## MOTION TO ENFORCE JUDGMENT

The Plaintiff herein, PARCC Health Care and Donald L Franco, by its undersigned counsel, move this Honorable Court to enforce the Court's judgment that was entered on July 17, 2002 and modified on July 19, 2002. (see attached copy of judgment). On July 17, 2002, the Plaintiff, Donald L. Franco and the IRS entered into a stipulated agreement in which the Court entered judgment. On July 19, 2002, the Court modified said judgment. (signed by Judge Janet B. Arterton). The Defendant has not paid said judgment and upon information and belief the Government objects to the payment of this judgment. Therefore, the Plaintiff moves the Court to enforce the judgment and to compel the Defendant to pay the judgment plus interest at the judgment rate.

WHEREFORE, the Plaintiff requests the Court to enforce the judgment entered on July 17, 2002 and modified on July 19, 2002.

THE PLAINTIFF


By: /s/ Kenneth A. Votre
    Kenneth A. Votre (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel. (203) 498-0065
    Fax (203) 821-3595

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, on this, the 2nd day of March, 2007, to the following counsel and *pro se* parties of record:

Alejandro L. Bertolodo
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055
202-307-6019
Email: alejandro.1.bertoldo@usdoj.gov

Elizabeth Lan
U.S. Department of Justice
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055
202-307-6533

/s/ Kenneth A. Votre
Kenneth A. Votre, Esq.

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARCC HEALTH CARE, INC., Et AL | : | CASE NO:3:01-cv00379(JBA) |
| vs. | : | |
| IRS, ET AL | : | March 2, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007 a copy of the foregoing Motion to Enforce Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF

By /s/ Kenneth A. Votre
    Kenneth A. Votre (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel. (203) 498-0065
    Fax (203) 821-3595