UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARCC HEALTH CARE, INC., Et AL | : | CASE NO:3:01-cv00379(JBA) |
| vs. | : | |
| IRS, ET AL | : | APRIL 18, 2007 |

## MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7(b), the Plaintiffs, PARCC Health Care and Donald L Franco, by their undersigned counsel respectfully move this honorable Court for a two week extension of time, up to and including April 30, 2007, within which to submit a reply to the United States' Response to Plaintiff's Motion to Enforce Judgment dated March 21, 2007.

Opposing counsel has been contacted and consents to the granting of this motion.

THE PLAINTIFF

By: _____
Kenneth A. Votre (ct05981)
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel. (203) 498-0065
Fax (203) 821-3595

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, on this, the 18th day of April, 2007, to the following counsel and *pro se* parties of record:

Alejandro L. Bertolodo
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055
202-307-6019
Email: alejandro.1.bertoldo@usdoj.gov

Elizabeth Lan
U.S. Department of Justice
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055
202-307-6533

Kenneth A. Votre, Esq.