UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARCC HEALTH CARE, INC.,          :          CASE NO:3:01-cv00379(JBA)
Et AL                             :
                                  :
vs.                               :
                                  :
                                  :
                                  :
                                  :
                                  :
IRS, ET AL                        :          APRIL 30, 2007

## SECOND MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7(b), the Plaintiffs, PARCC Health Care and Donald L Franco, by their undersigned counsel respectfully move this honorable Court for an additional one week extension of time, up to and including May 8, 2007.  Plaintiff's counsel was on vacation the week of April 22, 2007 and thus, needs an additional week, within which to submit a reply to the United States' Response to Plaintiff's Motion to Enforce Judgment dated March 21, 2007.

Opposing counsel has been contacted and consents to the granting of this motion.

THE PLAINTIFF

By
Kenneth A. Votre (ct05981)
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel. (203) 498-0065
Fax (203) 821-3595

- 2 -

Case 3:01-cv-00379-JBA     Document 33     Filed 04/30/2007     Page 2 of 3

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, on this, the 30th day of April,

2007, to the following counsel and *pro se* parties of record:


Elizabeth Lan
U.S. Department of Justice
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055
202-307-6533

_____
Kenneth A. Votre, Esq.

- 3 -