UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**PARCC HEALTH CARE**           :

**v.**                          :          NO. 3:01cv379 (JBA)

**IRS, ET AL**                  :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN GLAZER MARGOLIS** for the following purpose(s):

✔   - Ruling: *Motion to Enforce Settlement, # 29.*

   - Supervise all discovery and resolve discovery disputes ONLY UNTIL THE FINAL PRE-TRIAL CONFERENCE IS HELD.

   - Settlement conference:

   - Other:

                               IT IS SO ORDERED.

                               /s/
                               Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: June 20, 2007**