UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
PARCC HEALTH CARE, INC.,

                                               No. 3:01CV00379 (JBA)

            Plaintiff,

-against-

UNITED STATES OF AMERICA,
COMMISSIONER OF INTERNAL REVENUE,
and DEPARTMENT OF THE TREASURY,

            Defendants.
---------------------------------------------------------------x

**PLAINTIFF'S OBJECTION TO MAGISTRATE'S
RECOMMENDED RULING PURSUANT TO LOCAL RULE 72.2**

       The plaintiff, PARCC Health Care, Inc., by its undersigned counsel, respectfully objects to the acceptance of the recommended ruling of the Honorable Magistrate Judge issued on August 15, 2007 (#38). The plaintiff objects specifically as follows:

1. The Court erred in concluding that the Judgment against the Internal Revenue Service should not be enforced.

2. The Court erred in refusing to enforce the Judgment which is in an amount certain because a contractual arrangement between the parties undefined in nature and amount requires that the refund be retained by the Internal Revenue Service. The effect is that the judgment is reduced by an unliquidated claim by the Internal Revenue Service.

3. The Court erred in failing to have an evidentiary hearing as to the effect, means, and factual effect of the Offer in Compromise Agreement on the Judgment.

       The plaintiff is filing herewith its Memorandum of Law in support of its objection which contains the specific objections raised to the Court's ruling.

THE PLAINTIFF
PARCC HEALTH CARE, INC.,


<u>/s/ Kenneth A. Votre</u>
Kenneth A. Votre, Esq., (CT 05981)
Votre and Associates, P.C.
201 Orange Street
New Haven, CT 06510
203-498-0065
203-821-3595 (telecopier)

Case 3:01-cv-00379-JBA   Document 39   Filed 09/04/2007   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF

By /s/ Kenneth A. Votre
    Kenneth A. Votre (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel. (203) 498-0065
    Fax (203) 821-3595